UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Wesley Vincent, individually on behalf of himself and all others similarly situated and John Does (1-100) on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>People Against Dirty, PBC,<br><br>     Defendant. | Case No. 16 Civ. 6936<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE THAT Plaintiff Wesley Vincent, individually on behalf of himself and all others similarly situated, and Defendant People Against Dirty, PBC have reached an agreement in principle and are preparing a settlement agreement that is intended to completely resolve this dispute on a class-wide basis. The parties anticipate having the settlement agreement fully completed within approximately 60 days and will notify the Court when the settlement has been completed, at which time the parties will file a motion seeking the Court's preliminary approval of the proposed class settlement.

Dated: September 2, 2016

        Sultzer Law

        By: *Jason Sultzer/APB*
        Jason Sultzer
        85 Civic Center Plaza, Suite 104
        Poughkeepsie, NY 12601
        (845) 483-7100
        *sultzerj@thesultzerlawgroup.com*

        *Attorneys for Plaintiff Wesley Vincent*


        ARNOLD & PORTER LLP

        By: _____
        Anthony Boccanfuso
        399 Park Avenue
        New York, NY 10022
        (212) 715-1000
        *anthony.boccanfuso@aporter.com*

        *Attorneys for Defendant People Against Dirty, PBC*