UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESLEY VINCENT, NOELLE MORGANTE, DANIEL RICHMAN, AND ASHLEY PELUCHETTE individually on behalf of himself and on behalf of all others similarly situated and John Does (1-100) on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs,* <br><br> vs. <br><br> PEOPLE AGAINST DIRTY, PBC. and METHOD PRODUCTS, PBC. <br><br> *Defendants.* | Case No.: 7:16-cv-06936-NSR <br><br> **NOTICE OF MOTION AND MOTIONFOR FINAL APPROVAL OF PROPOSED SETTLEMENT AND CLASS CERTIFICATION** |

PLEASE TAKE NOTICE that on a date and time to be determined by the Court plaintiffs will move the Court pursuant to Federal Rule of Civil Procedure 23(e) and upon the accompanying Memorandum of Law, the Declaration of Jason P. Sultzer, Esq., and the Declaration of Joshua Eggnatz, Esq., for an Order: 1.) granting final approval to this proposed class action settlement; and 2.) certifying the proposed class for settlement purposes.

Dated: March 13, 2017

**Respectfully Submitted,**

By: Jason P. Sultzer /s/
_____
Jason P. Sultzer, Esq.
**THE SULTZER LAW GROUP PC**
85 Civic Center Plaza, Suite 104
Poughkeepsie, NY 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com


Joshua H. Eggnatz, Esq.
(Fla. Bar No.: 0067926)
*Pro Hac Vice to be filed*
**EGGNATZ, LOPATIN & PASCUCCI, LLP**
5400 S. University Drive, Ste. 417
Davie, Florida 33328
Tel: (954) 889-3359
Fax: (954) 889-5913
Email: *jeggnatz@elplawyers.com*


Benjamin M. Lopatin, Esq.
(SBN 281730) *Pro Hac Vice*
**EGGNATZ, LOPATIN & PASCUCCI, LLP**
2201 Market Street, Suite H
San Francisco, California 94114
Telephone: (415) 324-8620
Facsimile: (415) 520-2262
Email: *BLopatin@ELPLawyers.com*

*Counsel for Plaintiff and the Class*

# PROOF OF SERVICE

I, the undersigned, represent that I caused all counsel of record to be served via electronic service through the ECF service of the Southern District of New York on March 13, 2017.

Dated: March 13, 2017

                                                */s/ Jason P. Sultzer*

                                        **Jason P. Sultzer, Esq.**