UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESLEY VINCENT, NOELLE MORGANTE, DANIEL RICHMAN, AND ASHLEY PELUCHETTE individually on behalf of themselves and all others similarly situated and John Does (1-100) on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLE AGAINST DIRTY, PBC. and METHOD PRODUCTS, PBC.<br><br>Defendants. | 7:16-cv-06936-NSR |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE ALL PARTIES AND ATTORNEYS:

I, David Sibek, am making an appearance as counsel of record for objector Ashley Hammack.  My contact information is:

        David Sibek, Attorney

        464 New York AVE

        Huntington, NY 11743

        631-300-9399

        sibeklaw@gmail.com

/s/ David Sibek

_____

David Sibek, Attorney

464 New York AVE

Huntington, NY 11743

631-300-9399

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was filed electronically via CM/ECF on 3-27-17 and served by the same means on all counsel of record.

/s/ David Sibek

_____

David Sibek, Attorney