UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESLEY VINCENT, NOELLE MORGANTE, DANIEL RICHMAN, AND ASHLEY PELUCHETTE individually on behalf of themselves and all others similarly situated and John Does (1-100) on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PEOPLE AGAINST DIRTY, PBC. and METHOD PRODUCTS, PBC. <br><br> Defendants. | 7:16-cv-06936-NSR |

## NOTICE OF APPEAL

Class member and objector, Ashley Hammack, appeals the Order Granting Final Approval of Class Action Settlement, Certifying Class, Awarding Attorneys' Fees and Services Awards, and Final Judgment [DE 55] entered on 6-20-17.


/s/ David Sibek
_____
David Sibek, Attorney

464 New York AVE

Huntington, NY 11743

631-300-9399

1

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was filed electronically via CM/ECF on 7-18-17 and served by the same means on all counsel of record.

/s/ David Sibek

_____

David Sibek, Attorney