**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

N.Y.S.D. Case #
16-cv-6936(NSR)

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of August, two thousand and seventeen.

_____

Wesley Vincent, individually on behalf of themselves and all others similarly situated, John Does 1-100, individually on behalf of themselves and all others similarly situated, Noelle Morgante, individually on behalf of themselves and all others similarly situated,

    Plaintiffs - Appellees,

Ashley Peluchette, Daniel Richman,

    Plaintiffs-Intervenors-Appellees,

v.

Ashley Hammack,

    Objector - Appellant,

People Against Dirty, PBC, Method Products, PBC,

    Defendants.
_____

ORDER

Docket No. 17-2218

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 29, 2017

    The parties jointly move, pursuant to FRAP 42(b), to dismiss this appeal with prejudice, and with each party to bear its own costs and fees.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 8/29/2017